**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANGELIQUE J STYLES,

                Plaintiff,                21 **CIVIL** 5283(ALC)

   -v-                                      **JUDGMENT**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 22, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings including the opportunity for a new hearing.

**Dated:** New York, New York
        August 22, 2022

                                              **RUBY J. KRAJICK**

                                                         Clerk of Court

                             **BY:**

                                                          **Deputy Clerk**